# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 07/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Trustee for Beneficiary Under Will | Trust No. 1 (See VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Thomson/Reuters, f/k/a West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. 2009 | Mercer University School of Law (See Part VIII) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 07/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Thomson/Reuters (f/k/a West Services) book royalties | $4,011.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed Math Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgia State Bar Bankruptcy Section and ICLE (See VIII) | December 13-14, 2018 | Greensboro, GA | Faculty for CLE Program | Reimbursement of lodging, registration fee including lunch & dinner waived for attending judges |
| 2. | Mercer University School of Law | January - April 2019 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for meals with guest faculty, other faculty, and staff |
| 3. | Tennessee Bar Association | April 5-7, 2019 | Gatlinburg, TN | Faculty for CLE Program | Reimbursement for travel, lodging, and meals |
| 4. | Coastal Bankruptcy Law Institute | April 18-19, 2019 | Savannah, GA | Faculty for CLE Program | Reimbursement for lodging, complimentary dinner |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Bonapfel, Paul W.** | 07/23/2020 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Coastal Bankruptcy Law Institute | September 26-27, 2019 | Savannah, GA | Faculty for CLE Program | Reimbursement for lodging |
| 6. | Georgia State Bar Bankruptcy Section and ICLE (See VIII) | December 12-13, 2019 | Greensboro, GA | Faculty for CLE Program | Reimbursement of lodging, registration fee including lunch & dinner waived for attending judges |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Margin Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 2. Cisco Systems Common | B | Dividend | K | T | | | | | |
| 3. CenterState Bank Corp (CSFL)f/k/a Landmark BancsharesCommon(See VIII) | A | Dividend | L | T | | | | | |
| 4. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 5. US Savings Bonds | | None | M | T | | | | | |
| 6. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 7. Mass. Mutual Whole Life | A | Dividend | K | T | | | | | |
| 8. IRA Account 2 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 9. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 10. - Arrow DWA Tactical A Mutual Fund (DWTXF) | B | Dividend | K | T | | | | | |
| 11. Chevron Corp Common | C | Dividend | L | T | | | | | |
| 12. Georgia St (MB 19) (4XE1) | A | Interest | | | Redeemed | 11/01/19 | K | | Public |
| 13. Georgia St Genl Oblig Ser-D (MB 19) (4LBO) | A | Interest | | | Redeemed | 05/01/19 | K | | Public |
| 14. Ga St Rd & Tlwy (MB 19) (MCL3) | A | Interest | | | Redeemed | 06/03/19 | K | | Public |
| 15. Gwinnett Cnty Sch Dist Ref (MB 20) (5A84) | A | Interest | J | T | | | | | |
| 16. Clayton Cnty & Clayton Cnty Wtr Auth Wtr & Swr Rev Ref-A (MB 20)(6YN4) | B | Interest | L | T | | | | | |
| 17. Georgia St Genl Oblig Ref Ser-I (MB 21) (4PP5) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) (5A95) | B | Interest | K | T | | | | | |
| 19. | Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) (OGW5) T9169 | B | Interest | | | Redeemed | 09/26/19 | K | | Public |
| 20. | Georgia St Genl Oblig Ref E-2 (MB 21) (4VTO) | B | Interest | K | T | | | | | |
| 21. | Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) (4CJ5) | B | Interest | K | T | | | | | |
| 22. | Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) (0BL8) | C | Interest | M | T | | | | | |
| 23. | Georgia St (MB 22) (4ZX7) | A | Interest | K | T | | | | | |
| 24. | Walker Cnty Ga Sch Dist (MB 22) (9BJ4) (EE5CO) | A | Interest | K | T | | | | | |
| 25. | Georgia St Genl Oblig Ref Ser-J-2 (MB 22) (4WW2) | A | Interest | K | T | | | | | |
| 26. | Morgan Stanley Bank - Accounts | A | Interest | J | T | | | | | |
| 27. | Metro Atl. Rap. Tran Au (MB 20) (5A46) | B | Interest | K | T | | | | | |
| 28. | Walton Cnty Ga Sch Dist Ref (MB 20) (OBY6) | A | Interest | K | T | | | | | |
| 29. | Gwinnett County Ga School Dist Ref (MB-23) (5B42) | B | Interest | K | T | | | | | |
| 30. | Habersham Cnty Ga Sch Dist (MB 23) (6DH2) | B | Interest | K | T | | | | | |
| 31. | Cobb Co. Ga Wtr & Sew Rev (MB 23) (8WC3) | A | Interest | | | Redeemed | 09/10/19 | J | | Public |
| 32. | Georgia St (MB 23) (43Q7) | A | Interest | L | T | | | | | |
| 33. | Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) (3HS9) (RE299) | B | Interest | K | T | Redeemed (part) | 08/01/19 | J | | Public |
| 34. | Georgia St. Genl Oblig Ref-C (MB 23) (4YB6) | B | Interest | | | Redeemed | 03/01/19 | L | | Public |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Forsyth Co. Ga Genl OBLIG-A (MB 24) (3DW3) | A | Interest | | | Redeemed | 03/01/19 | L | | Public |
| 36. Ga St Genl OBLIG- Ser B (MB 25) (4JP2) | B | Interest | | | Redeemed | 01/02/19 | L | | Public |
| 37. Gwinnett County GA Dev Auth. (MB 20) (0BJ3) | B | Interest | K | T | | | | | |
| 38. Paulding Cnty Ga Sch Dist Ref (MB 21) (OFG6) | A | Interest | J | T | | | | | |
| 39. Gainesville & Hall Cnty Ga Hosp Auth Re OID(MB 21)(2NC6) | A | Interest | K | T | | | | | |
| 40. Gainesville & Hall Cnty Ga HospAuthAntic CtfsRev-B(MB21)(2NP7) | A | Interest | J | T | | | | | |
| 41. Georgia St. Hsg & Fin Auth Rev Single Fam Mtg-C (MB 21) (9C78) | A | Interest | J | T | | | | | |
| 42. Forsyth Cnty G OID Genl Oblig A (MB 19) (3DM5) | A | Interest | | | Redeemed | 03/01/19 | J | | Public |
| 43. Ga St Genl Oblig Ref (MB 20) (4PN0) | B | Interest | K | T | | | | | |
| 44. Mun. Elec. Auth Ga. Comb Cycle Proj. Rev Ser. A (MB 23) (7ZM9) | B | Interest | L | T | | | | | |
| 45. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23)(0BM6) | A | Interest | K | T | | | | | |
| 46. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) (2KA0) | A | Interest | K | T | | | | | |
| 47. Downtown Savannah Ga Savannah Projs Rev Ref (MB 24) (2MW7) | B | Interest | L | T | | | | | |
| 48. Georgia St Genl Oblig Ref-C (MB 23) (4ZY5) | B | Interest | L | T | | | | | |
| 49. Atl Arpt Gen Rev Ref Ser. C (MB 24) (MMUO) | B | Interest | K | T | | | | | |
| 50. Fulton County Ga Dev Auth Rev (MB 24) (0M20) | B | Interest | K | T | | | | | |
| 51. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) (0LW8) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Atlanta Ga Pub Safety & Judicial Facs Au (MB 24) (TBE8) | B | Interest | K | T | | | | | |
| 53.  Atlanta Ga Arpt Rev (MB 25) (MQP7) | B | Interest | K | T | | | | | |
| 54.  Gwinnett Cnty Dev Auth Ctfs Partn (MB25) (5CM5) | B | Interest | L | T | | | | | |
| 55.  Oconee Cnty Ga Genl Oblig Ref Ser-A (MB25) (MBW7) | A | Interest | J | T | | | | | |
| 56.  Georgia St Genl Oblig Ser-D (MB 25) (4F50) | B | Interest | L | T | | | | | |
| 57.  Gwinnett Cnty Ga Sch Dist (MB 25) (5B67) | B | Interest | K | T | | | | | |
| 58.  Association Cnty Commnrs GA Ctfs Partn (MB 28) (8BW0) (F255B) | B | Interest | L | T | | | | | |
| 59.  Downtown Savannah Auth Ga Imptgenl Oblig Rev Ref (MB 28) (2NA4) | B | Interest | K | T | | | | | |
| 60.  Atlanta GA Arpt Pass FacChrg Sub Lien Gen Rev RefA (MB26)(TCQ5)(EBA65) | B | Interest | K | T | | | | | |
| 61.  Atlanta Ga Dev Auth Rev-B(MB 27) (NJX6) (EG2G1) | A | Interest | K | T | | | | | |
| 62.  Metropolitan Atlanta Rapid TranAuthGaRev Ref Ser-A(MB 27)(5S96)(DX27K) | A | Interest | K | T | Buy | 03/06/19 | K | | Public |
| 63.  Forsyth Cnty GA Sch Dist (MB26) (4JL6) (FK2Y2) | C | Interest | L | T | | | | | |
| 64.  Georgia Hsg Fin Singl Fam Mtg Auth Gen Oblig SerA (MB28) (96P5)(CKW82) | A | Interest | K | T | | | | | |
| 65.  Georgia St (MB 29) (44D5) (E133E) | B | Interest | K | T | Buy | 03/06/19 | K | | Public |
| 66.  Polk Cnty Ga Wtr Sew& Solid Waste Auth Wtr&Sew Rev(MB28)(4CQ7) (D2DK7) | B | Interest | L | T | | | | | |
| 67.  Georgia St (MB 29) (44D5) (EFK22) | B | Interest | K | T | | | | | |
| 68.  Cartersville Ga Wtr & Swr Rev (MB 29) (IQK0) (EZ62E) | A | Interest | K | T | Buy | 11/07/19 | K | | Public |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Decatur GA Genl Oblig 9 (MB29)(9GU3) (DOX4W) | A | Interest | K | T | Buy | 06/06/19 | K | | Public |
| 70. | Fulton Cnty Ga Dev Auth Rev-B (MB 29) (FAK1) (EF61U) | A | Interest | K | T | Buy | 11/07/19 | K | | Public |
| 71. | Polk Cnty Ga Wtr Sew &Solid Waste Auth Wtr& SewRev(MB29)(4CR5) (FX53D) | B | Interest | L | T | | | | | |
| 72. | Athens-Clarke Cnty Ga Uni Govt Wtr & Sew Rev (MB 30) (ICW4) (CG41J) | | None | K | T | Buy | 09/06/19 | K | | Public |
| 73. | Marietta Ga (MB 30) (3RJ2) (E31P4) | A | Interest | K | T | | | | | |
| 74. | Georgia St (MB 27) (5AK9) (FK8A4) | A | Interest | K | T | | | | | |
| 75. | Georgia St Genl Oblig Ser-A (MB 27) (44B9) (EJS62) | B | Interest | L | T | | | | | |
| 76. | Georgia St Genl Oblig Ref-C-1 (MB 25) (43M6) (DF5Q7) | B | Interest | L | T | | | | | |
| 77. | Atlanta Ga Wtr & Waste Wtr Rev-A (MB 27) (OHJ2) (P6818) | A | Interest | J | T | | | | | |
| 78. | Georgia St Hsg& Fin Auth Rev (MB 27) (94P7) (DTQ39) | A | Interest | K | T | | | | | |
| 79. | Atlanta Ga Arpt Passenger Fac Charge Rev Ref-A (MB 28) (TCS1) (EBBO3) | A | Interest | J | T | | | | | |
| 80. | Georgia St Gen Oblig Ser-A (MB28)(5AL7) (FL7R3) | C | Interest | L | T | Buy | 01/10/19 | L | | Public |
| 81. | Jefferson Ga Sch Dist Ref (MB 27) (MCE9) (E2HM9) | C | Interest | M | T | | | | | |
| 82. | Lamar Cnty School Dist (MB 31) (PBS2) (C5J83) | B | Interest | K | T | | | | | |
| 83. | Georgia St. Gen. Oblig Ser-A (MB 31) (4YW0) | A | Interest | K | T | | | | | |
| 84. | Fulton Cnty Ga Dev Auth Rev-B (MB 31) (FAM7) (C72C8) | | None | L | T | Buy | 11/07/19 | L | | Public |
| 85. | Henry Cnty Ga Sch Dist (MB 26) (2LY3) (C77T3) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Macon-Bibb Cnty Ga Indl Auth Rev Ref (MB 26) (9AJ4) (C9K5R) | B | Interest | L | T | | | | | |
| 87. Cherokee Cnty Ga Sch Sys Genl Oblig (MB 2027) (1MU3) (DH8W3) | B | Interest | K | T | | | | | |
| 88. Morgan Cnty Ga Sch Dist (MB 26) (1AJ4) (C6K2A) | B | Interest | K | T | | | | | |
| 89. Georgia St Genl Oblig Ref-C (MB 26) (5BE2) (FL39A) | B | Interest | L | T | | | | | |
| 90. Suwanee Ga Urban Redev Agy Rev (MB 26) (8AZ9) (CU5L9) | B | Interest | L | T | | | | | |
| 91. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 92. Touchmark Bancshares, Inc. Common (TMAC) | A | Dividend | J | T | | | | | |
| 93. Gwinnett County Sch Dist (MB 23) (55P47) | A | Interest | J | T | | | | | |
| 94. Carroll Cnty School Dist (MB 23) (83CM7) | B | Interest | K | T | | | | | |
| 95. Gwinnett Cnty Dev Auth Ctfs Partn (MB 24) (15CL7) | C | Interest | L | T | | | | | |
| 96. IRA Account 1 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 97. – Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 98. – Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 99. – Invesco S&P EqualWeight (RSP) -- E | C | Dividend | M | T | Buy | 10/29/19 | J | | Public |
| 100. | | | | | Buy | 11/14/19 | L | | Public |
| 101. – IShares Cohen & Steers REIT ETF (ICF) | A | Dividend | L | T | Buy | 06/08/19 | K | | Public |
| 102. | | | | | Buy | 06/21/19 | K | | Public |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. – IShares US Consumer Ser ETF (IYC) | A | Dividend | L | T | | | | | |
| 104. – IShares North American Tech Soft (IGV) | A | Dividend | L | T | Sold (part) | 04/06/19 | J | C | Public |
| 105. – ISharesExpandedTech Sector (IGM) | A | Dividend | M | T | Buy | 11/06/19 | K | | Public |
| 106. – IShares Gold Trust (IAU) | | None | L | T | Buy | 08/27/19 | L | | Public |
| 107. | | | | | Buy | 09/11/19 | J | | Public |
| 108. – IShares SP Smallcap 600 Index (IJR) | A | Dividend | | | Sold (part) | 02/28/19 | K | D | Public |
| 109. | | | | | Sold (part) | 08/28/19 | K | | Public |
| 110. | | | | | Sold | 08/29/19 | K | D | Public |
| 111. – IShares U.S. Utilities ETF (IDU) | B | Dividend | L | T | Buy | 09/11/19 | J | | Public |
| 112. – IShares US Aerospace & Def ETF (ITA) | A | Dividend | L | T | | | | | |
| 113. – IShares US Fin Services ETF (IYG) | B | Dividend | L | T | | | | | |
| 114. – IShares US Healthcare Prov ETF (IHF) | B | Dividend | | | Sold | 04/03/19 | L | | Public |
| 115. – IShares Phlx Semiconductor (SOXX) | A | Dividend | L | T | Sold (part) | 04/16/19 | J | D | Public |
| 116. | | | | | Buy | 09/26/19 | K | | Public |
| 117. – IShares S&P Midcap 400 Index (IJH) | A | Dividend | | | Sold | 07/11/19 | L | D | Public |
| 118. –Invesco QQQ Trust, Series1(QQQ) f/k/a – Powershares QQQTr (QQQ)-VIII | A | Dividend | M | T | Sold (part) | 07/10/19 | K | B | Public |
| 119. | | | | | Buy | 10/30/19 | K | | Public |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy | 11/18/19 | K | | Public |
| 121.  – IShares S&P 500 Grwth ETF (IVW) | B | Dividend | L | T | Sold<br>(part) | 04/08/19 | J | C | Public |
| 122.  – IShares S&P 500 VAL ETF (IVE) | B | Dividend | L | T | | | | | |
| 123.  – Vanguard FTSE Emerging Markets<br>(VWO) | B | Dividend | L | T | Buy | 01/09/19 | K | | Public |
| 124. | | | | | Sold<br>(part) | 07/10/19 | K | | Public |
| 125. | | | | | Sold<br>(part) | 08/06/19 | K | | Public |
| 126. | | | | | Buy | 11/06/19 | K | | Public |
| 127.  – Vanguard Total Intl Stock ETF (VXUS) | B | Dividend | | | Sold<br>(part) | 04/16/19 | K | B | Public |
| 128. | | | | | Sold<br>(part) | 07/10/19 | K | B | Public |
| 129. | | | | | Sold<br>(part) | 08/06/19 | K | A | Public |
| 130. | | | | | Sold | 08/27/19 | K | A | Public |
| 131.  – Federated Govt Obligations PRM<br>(GOFXX) | A | Dividend | | | Sold | 01/08/19 | M | | Public |
| 132.  – Federated Instl Prime Oblig Is Reinv<br>(POIXX) | B | Dividend | M | T | Buy | 08/21/19 | N | | Public |
| 133. | | | | | Sold<br>(part) | 08/27/19 | K | | Public |
| 134. | | | | | Sold<br>(part) | 10/30/19 | J | | Public |
| 135. | | | | | Sold<br>(part) | 11/06/19 | L | | Public |
| 136. | | | | | Sold<br>(part) | 11/14/19 | M | | Public |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bonapfel, Paul W.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.　– IShares US Financials ETF (IYF) | A | Dividend | | | Buy | 05/13/19 | K | | Public |
| 138. | | | | | Sold | 07/08/19 | K | B | Public |
| 139.　Apartment, New York, NY | | None | N | W | | | | | |
| 140. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2019, ending April 2019. Also adjunct faculty for 2010-2018.

2  Decedent died 12/25/14. Letters testamentary issued 1/29/15. Estate closed 2017. Decedent's will appointed filer as Trustee under Testamentary Trust No. 1 Under Will. None of filer, filer's spouse, or any dependent child of Filer or spouse (1) has any interest in principal or income of Trust; (2) receives any income from the Trust; or (3) has any beneficial interest in the Estate or Trust. Filer, therefore, is not required to report with regard to disposition of assets or income of Trust.

II. Agreements

1. Agreement between West Services, Inc. (now known as Thomson/Reuters) (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) for each of years 2010 through 2019. No compensation; expenses to be reimbursed. Did not teach course in Spring 2020.

IV. Reimbursements Line 1 - Reimbursement for 2018 received in 2019.

VII. Investments and Trusts

General Note:  In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four or five digits of CUSIP number and another parenthetical sometimes shows SEC number.

Lines 97 and 98 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian has utilized these accounts in past years at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Accounts occasionally have zero balances.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul W. Bonapfel**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544